IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR150 |
| | ) | |
| v. | ) | |
| | ) | |
| JERMAINE HICKMAN and | ) | ORDER |
| DEAUNDRE BRADLEY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motions for continuance (Filing Nos. 35 and 36). Subject to the filing of a written waiver of speedy trial, said motions will be granted. Accordingly,

IT IS ORDERED that trial of this case is continued to:

**Monday, September 17, 2007, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The matter is continued until that date to give counsel time to negotiate a plea agreement and/or to give counsel adequate time to prepare for trial. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendants in a speedy trial. The additional time between July 30, 2007, and September 17, 2007, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 24th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court