IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )            8:07CR150
                                 )
           v.                    )
                                 )
JERMAINE HICKMAN,                )            ORDER
DEAUNDRE BRADLEY, and            )
RAHEEM DUFF,                     )
                                 )
                Defendants.      )
_____ )
```

This matter is before the Court on defendant Hickman's motion for continuance (Filing No. 38).  The Court has been advised that co-defendant Raheem Duff has recently been arrested in another district.  Pending disposition of his removal to the District of Nebraska, trial of this matter will be continued.  Accordingly,

IT IS ORDERED that trial of this case is continued to:

**Monday, November 5, 2007, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The matter is continued until that date to give counsel time to negotiate a plea agreement and/or to give counsel adequate time to prepare for trial, and to learn the disposition of defendant Duff.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendants in a speedy trial.  The additional time between September 17, 2007, and November 5, 2007,

shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 12th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court