IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )         8:07CR150
                                 )
       v.                        )
                                 )
JERMAINE HICKMAN,                )           ORDER
                                 )
              Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 66). Accordingly,

IT IS ORDERED that sentencing is rescheduled for:

**Friday, March 28, 2008, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 21st day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court