PROB. 35 (Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

U S DISTRICT COURT
DISTRICT OF NEBRASKA

15 JUL 16 AM 8:46

OFFICE OF THE CLERK

**UNITED STATES OF AMERICA**

v.   Docket # 8:07CR150

**JERMAINE HICKMAN**

On March 28, 2008, Mr. Hickman was sentenced to 114 months custody, to be followed by 3 years of supervised release. On July 18, 2008, it was ordered that Mr. Hickman's sentence be reduced from 114 months custody to 76 months custody. The period of supervised release commenced on November 21, 2013. Mr. Hickman has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mr. Hickman be discharged from supervision.

Respectfully submitted,

*Jessica Fuller*

Jessica R. Fuller
U.S. Probation & Pretrial Services Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 16th day of July, 2015.

*Lyle E. Strom*

Lyle E. Strom
Senior United States District Judge